Natale BiCarlo, appellee, v. Giacomo Mascio, appellant. Gen. No. 29,853.

Action to recover earnest money paid on intended purchase and sale of realty. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George A. Curran, Judge, presiding. Heard in the

third division of this court for the first district at the October term, 1924. Affirmed. Opinion filed December 2, 1925.

Anthony J. Schmidt, for appellant. No appearance for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.